UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 09-cr-40090-JPG |
| ) | |
| TARA MORGAN, *also known as Tara*  ) | |
| *Prince, also known as Tara Jones*,  ) | |
| ) | |
| Defendant.  ) | |

**ORDER**

This matter comes before the Court on Magistrate Judge Clifford J. Proud's Report and Recommendation ("R&R") (Doc. 7) of December 30, 2009, wherein Magistrate Judge Proud recommends to the Court that Defendant Tara Morgan's plea of guilty to the instant Information (Doc. 2) be accepted, that a presentence investigation and report be prepared, and that Morgan be adjudicated guilty and have sentence imposed accordingly.  While the parties have up to and including January 19, 2010, to file objections to the R&R, neither party has filed an objection thus far, and Morgan has filed a Notice (Doc. 10) that indicates her acceptance of the R&R's terms.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report.  Fed. R. Civ. P. 72(b).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.

*Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has not received any objections to the R&R and does not find the R&R to be clearly erroneous. Accordingly, the Court hereby **ADOPTS** the R&R (Doc. 7) in its entirety. Specifically, the Court **ACCEPTS** Morgan's plea of guilty to the instant Information (Doc. 2), **ORDERS** a presentence investigation and report be undertaken, and **ADJUDGES** Morgan guilty of one count of mail fraud as provided in said information. Finally, the Court **ORDERS that sentencing shall be held on May 31, 2010, at 1:30 p.m.**

**IT IS SO ORDERED**.
**Dated: January 8, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
